Landis, Admrx., *v.* Conestoga Transportation
Company et al., Appellant. (No. 2)

Kuhn, Admr., *v.* Same.

Argued January 14,1944. Before MAXEY, C. J., DREW,
LINN, STERN, PATTERSON, STEARNE and HUGHES, JJ.

OPINION BY MR. JUSTICE HORACE STERN, March 20,
1944:

These appeals by Conestoga Transportation Company were taken merely by way of "counter-attack" against the appeals of Miller Motor Freight Service, to be pressed only if the latter appeals should be sustained. Accordingly, these appeals are dismissed.

Judgments affirmed.